# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Damone Daniel,<br><br>                  Plaintiff,<br><br>      v.<br><br>City of Burbank, et al.,<br><br>                  Defendants. | CV 14-6219-VAP (AJWx)<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

On March 7, 2016, the Court issued an order setting a status conference to set a trial date in this matter for 1:30 p.m. on April 4, 2016.  (Doc. No. 27.)  *Pro se* Plaintiff Damone Daniel failed to appear at the scheduled status conference.[1]

Accordingly, the Court ORDERS Plaintiff to show cause, in writing, not later than April 18, 2016, why this action should not be dismissed without prejudice for failure to prosecute.  Failure to file a response will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated:    4/7/16

Virginia A. Phillips
United States District Judge

---

[1] L.R. 41-5: "If a party, without notice to the Court, fails to appear at the noticed call of any action or proceeding, the matter is subject to dismissal for want of prosecution."