UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMONE DANIEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BURBANK, et al.,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-06219-VAP (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the relevant filings in this action, including the Complaint (Dkt. 3) filed by Plaintiff Damone Daniel ("Plaintiff"), the Motion for Summary Judgment filed by Plaintiff (Dkt. 47, "Plaintiff's Motion") and supporting and opposing papers, the Motion for Summary Judgment filed by Defendant City of Burbank, sued as the City of Burbank and the Burbank Police Department (Dkt. 48, "Defendant's Motion") and supporting and opposing papers, and the Report and Recommendation of the assigned Magistrate Judge (Dkt. 66).

　　　　Although Plaintiff requested and received an extension of time to April 11, 2019 to file objections to the Report and Recommendation, no party filed any objections to the Report and Recommendation within the time permitted

or timely sought further additional time in which to do so. The Court notes that a week after the extended time to file objections to the Report and Recommendation had passed, on April 18, 2019, Defendant City of Burbank filed a document entitled "Defendant's Objection to Plaintiffs' [sic] Motion for Leave to File Out of Time Motion to Reconsider." Dkt. 69. However, the Court did not receive any such motion to reconsider from Plaintiff. As no party filed any timely objections to it, the Report and Recommendation is approved and accepted.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is: GRANTED as to Plaintiff's civil rights claims (Claims One, Two, Three, and Seven in the Complaint) and those claims are dismissed with prejudice as to the City of Burbank and the Burbank Police Department;
2. Defendant's Motion is DENIED as to Plaintiff's state law claims (Claims Four, Five, Six and Eight in the Complaint);
3. Plaintiff's Motion is DENIED;
4. All claims against Defendant Liscano and the DOES 1-10 are dismissed without prejudice for failure to prosecute and failure to timely serve process; and
5. The Court declines to exercise supplemental jurisdiction as to Plaintiff's state law claims (Claims Four, Five, Six and Eight in the Complaint) as to the City of Burbank and the Burbank Police Department and those claims are dismissed without prejudice to Plaintiff raising those claims in state court.

Dated: April 30, 2019

VIRGINIA A. PHILLIPS
Chief United States District Judge