UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMONE DANIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BURBANK, et al.,<br><br>    Defendants. | Case No. 2:14-cv-06219-VAP (JDE)<br><br>JUDGMENT |

Pursuant to the Orders Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED as follows:

1. Plaintiff Damone Daniel shall take nothing by his Complaint;
2. Claims One, Two, Three, and Seven of the Complaint are dismissed with prejudice as to the City of Burbank and the Burbank Police Department;
3. Claims Four, Five, Six, and Eight of the Complaint are dismissed without prejudice to refiling in state court as to the City of Burbank and the Burbank Police Department.

4. This action in its entirety is dismissed without prejudice as to defendants Liscano and DOES 1-10.

Dated: April 30, 2019

VIRGINIA A. PHILLIPS
Chief United States District Judge