JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMONE DANIEL, | Case No. 2:14-cv-06219-VAP (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF BURBANK, et al., | |
| Defendants. | |

Pursuant to the Order: (1) Vacating Judgment and Dismissal; and (2) Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED as follows:

1. Plaintiff Damone Daniel shall take nothing by his Complaint;

2. Claims One, Two, Three, and Seven of the Complaint are dismissed with prejudice as to the City of Burbank and the Burbank Police Department;

3. Claims Four, Five, Six, and Eight of the Complaint are dismissed without prejudice to refiling in state court as to the City of Burbank and the Burbank Police Department.

1 | 4. This action in its entirety is dismissed without prejudice as to
2 | defendants Liscano and DOES 1-10.

Dated: May 30, 2019

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
Chief United States District Judge